UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| ARK LABORATORY, LLC | Case No. 23-43403-MLO |
| | Chapter 11 |
| Debtor. | Honorable Maria L. Oxholm |

Plaintiff,
_____/
JASON W. BANK, solely in his capacity as
Successor Trustee of the Ark Laboratory Trust,    Adv. P. No. 24-04363-mlo

Plaintiff,

v.

IOPEN WORLD, INC., a Delaware corporation
_____/

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

**THIS MATTER** having come before the Court for consideration upon the *Plaintiff's Ex Parte Motion For Extension Of Time For Defendant To Respond To Complaint* [ECF No. 12], the Court having reviewed the same; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that the Defendant is granted a 30 day extension (November 4, 2024) to retain counsel and perform their due diligence to prepare a proper responsive pleading to Plaintiff's Amended Complaint.

**Signed on October 3, 2024**



/s/ Maria L. Oxholm
_____
Maria L. Oxholm
United States Bankruptcy Judge